[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12261
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-00184-JEC-JFK-15

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE ALEJANDRO ANAYA-MEDINA,
a.k.a. Cokis,
a.k.a. Alberto Zuniga-Ortiz,
MARTIN ARREOLA-ROMERO
a.k.a. Sergio Placensia,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia
_____

(July 1, 2013)

Before WILSON, JORDAN and ANDERSON, Circuit Judges

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Jorge Alejandro Anaya-Medina, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Anaya-Medina's convictions and sentences are **AFFIRMED.**